DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. BALDWIN

No. 126PA97-2

Case below: 139 N.C.App. 65

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 October 2000. Conditional petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

## STATE v. BRANCH

No. 249P00

Case below: 138 N.C.App. 167

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 October 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

## STATE v. BROWN

No. 389P00

Case below: 139 N.C.App. 207

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 October 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 2000.

## STATE v. BURR

No. 179A93-4

Case below: Alamance County Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Alamance County, denied 5 October 2000.

## STATE v. COPLEN

No. 336P00

Case below: 138 N.C.App. 48

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 October 2000.